IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-31163
Conference Calendar
_____


MARY ANN LOVELL,

                                        Plaintiff-Appellant,

versus

DAVID NEWELL

                                        Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 96-CV-1209-S
- - - - - - - - - -
April 16, 1997
Before REAVLEY, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

    Mary Ann Lovell appeals the district court's dismissal
without prejudice of her complaint against David Newell for
failure to prosecute.  Having sua sponte raised the issue of
jurisdiction, we AFFIRM the district court's dismissal of the
complaint on the basis of Lovell's failure to meet her burden of
establishing in her complaint that the district court had
jurisdiction over the matter.  See Gaar v. Quirk, 86 F.3d 451,
453 (5th Cir. 1996)(sua sponte noticing jurisdictional defect);

---

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

United States v. Early, 27 F.3d 140, 142 (5th Cir.)(affirming on the alternative basis of lack of jurisdiction), cert. denied, 115 S. Ct. 600 (1994).

AFFIRMED.